| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Daryel Buesking | COURT CASE NUMBER<br>25-cv-20454-CMA |
|---|---|
| DEFENDANT<br>Aloschi Bros. SRL, and SNAV S.P.A. | TYPE OF PROCESS<br>Admiralty |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>NCL Corp. Ltd.<br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>RA: Daniel S. Farkas, Esq., 7665 Corporate Center Drive, Miami, Florida 33126 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>L. Alex Perez (aperez@lipcon.com, myepez@lipcon.com)<br>Lipcon, Margulies & Winkleman, P.A.<br>2800 Ponce de Leon Blvd., Suite 1480<br>Coral Gables, Florida 33134 | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | Y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (305)373-3016

DATE: 2/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 04 | District to Serve<br>No. 04 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Malena Delgado (Legal Assistant)

Date: 2/25/25   Time: 12:08 pm

Address *(complete only different than shown above)*:

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS:
Served Malena Delgado (legal Assistant) for NCL. Authorized to accept service.

FILED BY _____ D.C.
FEB 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daryel Buesking | 25-cv-20454-CMA |
| DEFENDANT | TYPE OF PROCESS |
| Aloschi Bros. SRL, and SNAV S.P.A. | Admiralty |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NCL Corp. Ltd.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
RA: Daniel S. Farkas, Esq., 7665 Corporate Center Drive, Miami, Florida 33126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
L. Alex Perez (aperez@lipcon.com, myepez@lipcon.com)
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, Florida 33134

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | Y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (305)373-3016
DATE: 2/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
District of Origin No. 04
District to Serve No. 04

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Malena Delgado (Legal Assistant)
Date: 2/25/25   Time: 12:08 pm

REMARKS:
Served Malena Delgado (legal Assistant) for NCL. Authorized to accept service.

FILED BY ___ D.C.
FEB 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daryel Buesking | 25-cv-20454-CMA |
| DEFENDANT | TYPE OF PROCESS |
| Aloschi Bros. SRL, and SNAV S.P.A. | Admiralty |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Royal Caribbean Cruises Ltd.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
RA: CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| L. Alex Perez (aperez@lipcon.com, myepez@lipcon.com)<br>Lipcon, Margulies & Winkleman, P.A.<br>2800 Ponce de Leon Blvd., Suite 1480<br>Coral Gables, Florida 33134 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | Y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (305)373-3016

DATE: 2/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 2/26/25   Time: 10:37 ☒ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Served CT Corporation, registered agent for Royal Caribbean

FILED BY _____ D.C.
FEB 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daryel Buesking | 25-cv-20454-CMA |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Aloschi Bros. SRL, and SNAV S.P.A. | Admiralty |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Celebrity Cruises Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
RA: CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
L. Alex Perez (aperez@lipcon.com, myepez@lipcon.com)
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, Florida 33134

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | Y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (305)373-3016
DATE: 2/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

District of Origin No. 04
District to Serve No. 04

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Date: 2/26/25
Time: 10:37 [X] am [ ] pm

**REMARKS**
Served CT corporation. Registered agent for Celebrity Cruises.

FILED BY _____ D.C.
FEB 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daryel Buesking | 25-cv-20454-CMA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Aloschi Bros. SRL, and SNAV S.P.A. | Admiralty |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Carnival Corporation, RA: NRAI Services Inc.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1200 South Pine Island Road, Plantation, Florida 33324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
L. Alex Perez (aperez@lipcon.com, myepez@lipcon.com)
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, Florida 33134

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | Y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (305)373-3016
DATE: 2/10/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| District of Origin | District to Serve |
|---|---|
| No. 04 | No. 04 |

I hereby certify and return that I [X] have personally served...

Date: 2/26/25  Time: 10:37 am

REMARKS: Personally served CT Corporation. Registered agent for Carnival Corporation.

FILED BY /M/ D.C.
FEB 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daryel Buesking | 25-cv-20454-CMA |
| DEFENDANT | TYPE OF PROCESS |
| Aloschi Bros. SRL, and SNAV S.P.A. | Admiralty |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MSC Cruises (USA) LLC
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
RA: CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| L. Alex Perez (aperez@lipcon.com, myepez@lipcon.com)<br>Lipcon, Margulies & Winkleman, P.A.<br>2800 Ponce de Leon Blvd., Suite 1480<br>Coral Gables, Florida 33134 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | Y |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (305)373-3016
DATE: 2/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 2/26/25   Time: 10:37 [X] am [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
Served CT corporation registered agent for MSC.

FILED BY _AM_ D.C.
FEB 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21